IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JAMES MARK SINCLAIR, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | No. 25-1533 |
| | : | |
| SUPERINTENDENT JOSEPH TERRA, *et al.* | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 29th day of July 2025, upon consideration of Michael James Mark Sinclair's Petition for Writ of *Habeas Corpus* (ECF 1), his Amended Petition (ECF 8), and his state court dockets from the Delaware County Court of Common Pleas and the Pennsylvania Superior Court, and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **SUMMARILY DISMISSED** without prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED**.

FOR THE COURT:

_____
HONORABLE KAI N. SCOTT
*United States District Court Judge*
*Eastern District of Pennsylvania*